C/O J. Prichett  11:26 AM


**VIRGINIA DEPARTMENT OF CORRECTIONS**
**Emergency Grievance**

Revised 6/24/13; Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 3

## Emergency Grievance   Log # 124111

*Emergency Grievances* are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.

| Burke | Conrad | 1201550 | S.I.S.P. | 2B-02 Bottom |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

### PART A- OFFENDER CLAIM

What is the emergency? I have a tooth infection and expериcing excruciating, unbearable pains. I'm also having head pain along my Temple whenever the tooth hurts. I need a Antibiotic to treat infection and something for pain. I already take Tylenol not helping for these toothpains Thank you

01/24/18  8:42 A.M.      C.B. # 1201550
Date/Time           Offender Signature and Number

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[X] Your grievance does not meet the definition for an emergency. Reason/s:
Your condition does not meet the definition of an emergency however you will be appt on sick call this week

[ ] Your grievance has been determined to be an emergency and the following action has been taken:

1/24/18 2:40pm     D. Awell        Dr Wells
Date/Time          Respondent Signature    Name/Title Printed

[ ] **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment  [ ] Will be referred for Investigation

Determination by: _____
           Signature              Name/Title Printed

Distribution: Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

**EXHIBIT 1**

2026