

**VIRGINIA
DEPARTMENT OF CORRECTIONS**

Emergency Grievance 866_F4_4-16

## Emergency Grievance     Log # 137220

*Emergency Grievances are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.*

Offender Last Name: BURKE   First: CONRAD   Number: 1201550   Facility: LVCC   Building-Cell/Bed: 72-116

### PART A - OFFENDER CLAIM

What is the emergency? I have a filling that's come out of tooth and I'm suffering with unbearable excruciating pain in my tooth and possible and likely infected blood causing pain. It need to be treated by Dentist soon as applicable to prevent infected blood from traveling to brain. Thank you

Date/Time: 04-22-18  105

Offender Signature and Number: Mr. CB # 1201550

### PART B - STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[X] Your grievance does not meet the definition for an emergency. Action Taken/Recommended:
- [ ] Submit Informal Complaint
- [ ] Submit Sick Call Request
- [X] Submit Request to Dental
- [ ] Evaluated by Medical: Date Seen
- [ ] Send an Offender Request To:
- [ ] Other (Provide detailed explanation below)

There is no dentist on staff @ present time. However the search for one is ongoing.

[ ] Your grievance has been determined to be an emergency and the following action has been taken:
- [ ] Sent to Hospital: Date Transported
- [ ] Other (Provide detailed explanation below)

Date/Time: 4/22/18 1800   Respondent Signature: [signature]   Name/Title Printed: [signature]

[ ] PREA - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment  [ ] Will be referred for Investigation

Determination by: _____ Signature _____ Name/Title Printed _____ Date/Time

Distribution: Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

**EXHIBIT 2**

2004