\# 137217


**VIRGINIA
DEPARTMENT OF CORRECTIONS**



### Emergency Grievance

*Emergency Grievances* are provided for offender reporting and expedited staff respons[e to] a substantial risk of imminent sexual abuse and to situations or conditions which m[ay cause] serious personal injury or irreparable harm.

| Burke | Conrad | 1201550 | |
|---|---|---|---|
| Offender Last Name | First | Number | Fa[cility] |

### PART A- OFFENDER CLAI[M]

What is the emergency? This is my Subsequent Emergency G[rievance for] an unbearable, excruciating toothache pain. Emer[gency grievance] lodged on the 22nd day of April year of our Lor[d 2018] or no Dental Service was provided. I'm ne[eding to be seen] A.S.A.P. by a Dentist to treat this pain, this makes the 2nd day and deliberate i[ndifference] to my serious Dental need

04/23/18 Date/Time 7:45 pm                                         M[r. Burke]
                                                                                                    Offender [Signature]

### PART B- STAFF RESPONS[E]
(This part is to be completed and returned to the offender w[ithin 8 hours])

☐ Your grievance does not meet the definition for an emergency. Action Ta[ken:]
  ☐ Submit Informal Complaint    ☐ Evaluated by Medical: Date Seen
  ☐ Submit Sick Call Request      ☐ Send an Offender Request To:
  ☐ Submit Request to Dental     ☐ Other (Provide detailed explanation[)]

Unfortunately we do not have a den[tist at the] prevent time.

☐ Your grievance has been determined to be an emergency and the following[:]
  ☐ Sent to Hospital: Date Transported                                    ☐ Othe[r]

_____

4/23/18 Date/Time 2:93 pm   W [signature] Respondent Signature

☐ **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Co[mmander,] Administrative Duty Officer, and facility PREA Compliance Manager not[ified]
Alleged sexual abuse or sexual harassment  ☐ Will be referred for Investig[ation]

Determination by: _____

Filed on 04/23/18

**EXHIBIT 3**