

**VIRGINIA DEPARTMENT OF CORRECTIONS**

Informal Complaint 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

RECEIVED MAY 18 2018

Offender Name: Mr. Conrad Burke
Offender Number: 1201550
Housing Assignment: 72-116
Ombudsman Unit: Eastern Region
Individuals Involved in Incident: Geo Group Inc.
Date/Time of Incident: 04/22/18 Approx 12:30p

☐ Unit Manager/Supervisor  ☐ Food Service  ☐ Institutional Program Manager
☐ Personal Property  ☐ Commissary  ☐ Mailroom
☐ Medical Administrator  ☒ Other (Please Specify): Whom May Concern
DOCmail@vadoc.virginia.gov

Briefly explain the nature of your complaint (be specific): On the 22nd day of April year of our Lord 2018 I Lodged EC #137220 in regards to a filing that's come out my tooth and I'm suffering in unbearable, excruciating pain However my EC #137220 wasn't returned nor was I seen by any medical staff for treatment for this unbearable toothache. NOTE: I can submit to voice layered or polygraph. test to clarify this issue.

Offender Signature: [signature]  Date: 04/23/18

**Offenders - Do Not Write Below This Line**

Date Received: 4-25-18
Response Due: 5-9-18
Assigned to: HSA Smith
Tracking #: LVCC18Inf01167

Action Taken/Response: Please note at this time we don't have a dentist. You will be called to Medical for evaluation, and pain management will be offered. However, Please submit a request to dental, so that we can add you to the list. Once the dentist come he will schedule you at that time.

Respondent Signature: [signature] RN
Printed Name and Title: J. Smith, RN
Date: 5/7/18

**WITHDRAWAL OF INFORMAL COMPLAINT:**
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ Date: _____
Staff Witness Signature: _____ Date: _____

RECEIVED MAY 1 2018
RECEIVED APR 25 2018

LVCC GRIEVANCE    Revision Date 4/08/17   DEF

**EXHIBIT 4**

2002