# Victor M. Glasberg

**From:** Cora
**Sent:** Thursday, May 3, 2018 7:15 PM
**To:** 'moshea@oag.state.va.us'
**Subject:** Conrad Burke
**Attachments:** Emergency Grievance - Burke,Conrad2018-0422.PDF

Dear Ms. O'Shea,

Thank you for looking into the matter of Conrad Burke, the inmate at Sussex I State Prison who was being denied care for a severe toothache. Mr. Burke advises us he was given a temporary filling, which did help to alleviate the pain at the time.

Presumably, the intent was to replace the temporary filling with a more permanent solution in a timely manner. Unfortunately, Mr. Burke was transferred to Lawrenceville Correctional Center before further dental work could be completed. Subsequently, his temporary filling fell out, resulting in excruciating pain.

Mr. Burke made several requests to see a dentist to no avail. Finally, he filed an emergency grievance explaining the situation and the fact that he was suffering "unbearable, excruciating pain" and his concern that an infection might be developing. He asked, simply, to see a dentist. The reply he received from staff—the signature is difficult to read, but the signatory appears to be a registered nurse—is as follows: "There's no dentist on staff @ present time however the search for one is ongoing." I'm attaching a copy of the emergency grievance and response.

Vic Glasberg advises me that you will easily recognize that this response to an inmate's painful and potentially dangerous dental condition represents an appalling violation of his eighth amendment rights. We ask that you please ensure Mr. Burke sees a dentist within the week maximum, even if that means taking him to see a provider offsite. Moreover, the entire medical staff must be put on notice that delaying urgent medical or dental treatment because a specialist is not on staff is unacceptable, both from a medical and a legal perspective.

Thank you for your attention in this matter.

Sincerely,

Cora C. Martin, RN, BSN
Nurse Paralegal
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
703-684-1100 / fax: 703-684-1104
www.robinhoodesq.com



1