Conrad Burke #1201550
L.V.C.C.
1607 Planters Rd.
Lawrenceville, VA. 23868

RECEIVED
MAY 18 2018
Ombudsman Unit
Eastern Region

05-Ø15-18

I am writing Respectfully to appeal the Intake decision for the enclosed grievance. And states as follows:

(A.) The Institutional ombudsman states as follows that I needed to provide EG# receipt I said that the receipt was lost. Therefore its information I can't provide and furthermore its information already in grievance office. Therefore I ask that this grievance be logged b/c I don't have the grievance receipt.

Thank you

CC: DOCMail@vadoc.virginia.gov
File

EXHIBIT 7    2003