## Victor M. Glasberg

| | |
|---|---|
| **From:** | Victor M. Glasberg |
| **Sent:** | Friday, May 11, 2018 3:40 PM |
| **To:** | O'Shea, Margaret A. |
| **Cc:** | Cora |
| **Subject:** | Conrad Burke |

Margaret,

I request your immediate attention to the case of Conrad Burke, who has been left with a missing filling, excruciating pain, and a woefully viable Eighth Amendment claim against a variety of VDOC personnel, including those who initially told him that there was no dentist available to treat him, and now, at another facility, those who continue to deny him a dentist to replace the temporary filling he received earlier.

It is (a) your cooperation and, to a lesser extent, that of the VDOC personnel who took some steps to address this abysmal situation, and (b) the press of other work, that have for the time being precluded my filing a lawsuit for him.  WHAT'S WONG WITH THESE PEOPLE?????  DO THEY NOT KNOW WHAT A TOOTHJACHE IS?

I will do what is necessary to sue them if Burke has not seen a dentist and been properly treated by COB Wednesday.  If he is seen Thursday morning I will sue them for damages anyway.  Truly, this is outrageous.

Thank you, and have a nice weekend.

Vic

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
703.684.1100
Fax: 684.1104
vmg@robinhoodesq.com
www.robinhoodesq.com

1


EXHIBIT 8