

# COMMONWEALTH of VIRGINIA

HAROLD W. CLARKE
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

May 17, 2018

Conrad Burke 1201550
Lawrenceville Correctional Center
1607 Planters Road
Lawrenceville, VA 23868

Dear Mr. Burke,

Health Services received an inquiry from your family member related to your medical care on May 09, 2018. The following complaint of not being treated for bleeding of the gums has been reviewed.

Based on the information provided and upon further investigation we have determined that you are being treated appropriately based on policy, per Dr. Ezekiel.

**If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

With kind regards,

Virginia Department of Corrections
Health Services Quality Improvement Unit



2007