**Nursing Evaluation Tool:**                           **Dental Complaint**

Facility: LVCC
Inmate Name: Burke (Last)   Conrad (First)   ___ (MI)
Inmate Number: 1201550
Date of Report: 5 / 21 / 2018     Time Seen: 1731   AM / **PM** Circle One

**Complaint:** Chief Complaint(s): Filling fellout

Onset: 4-20-18

History: (Continue on back if necessary) Here today because he has a back bottom filling that has fell out and he has been having pain. Stated he has used oral gel and that did not help ☐ Check Here if additional notes on back

Is the problem: ☐ New ☐ Chronic Problem related to: ☐ Recent trauma ☑ Recent dental work ☐ Other: _____
Injury sustained in altercation with custody staff, or other inmate: ☑ NO ☐ YES (Requires notification of correctional staff)
Dental Pain: Right: ☐ Upper Back ☐ Upper Front ☑ Lower Back   Left: ☐ Upper Back ☐ Upper Front ☑ Lower Back
            ☐ Lower Front                                              ☐ Lower front
Type of Pain: ☑ Aching ☐ Throbbing ☐ Dull ☑ Sharp ☑ Constant ☐ Intermittent
Sensitive to Hot or Cold: ☐ No ☐ Hot ☑ Cold ☐ Sensitive to both Hot & Cold    Pain Scale: (1-10) _____
Associated Symptoms: ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☑ Sore throat ☐ Other: _____

**Observation:** Vital Signs: T: 97'  P: 103  RR: 18  B/P: 135 / 82  wt 167.5  O2 96%

Visual evidence of tooth decay/fracture    ☑ No ☐ Yes   Visible external swelling                         ☑ No ☐ Yes
Visual evidence of missing filling         ☐ No ☑ Yes   Swelling/redness/pus surrounding affected tooth:  ☐ No ☑ Yes
Pain upon opening jaw widely               ☐ No ☑ Yes   Evidence of trauma/injury to jaw/face             ☑ No ☐ Yes

☐ Additional Examination: Lower left side, bottom back tooth missing filling. There is minimal swelling. Offender stated that when he bites down that accelerates the tooth pain. Offered Tylenol and motrin but refused due to liver condition   ☐ Check Here if continued on back

**Intervention:** (Referral Status)

☐ **Referral Not Required**

☐ **Referral Required** due to the following: (Check all that apply)
   ☐ Fever                                    ☐ Evidence of pus collection or swelling
   ☐ Earache/sore throat/sinus problems       ☑ Recent dental surgery/procedure
   ☐ Pain upon opening mouth widely           ☐ Significant injury/trauma to jaw     ☐ Recurrent Complaint (More than 2 visits)
   ☐ Other: _____
       (Describe)

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Check All That Apply:
☑ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
☑ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)
☐ Cold Compress PRN for minor trauma
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: Return to NSC PRN
          (Describe)

☐ OTC Medications given  ☐ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dental Department   MD: _____
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

X _S. Walker LPN_                     S. WALKER, LPN
   Nurses Signature
L- Chart to MD for review

**EXHIBIT 10**

2008