# Victor M. Glasberg

---

**From:** Victor M. Glasberg
**Sent:** Wednesday, May 23, 2018 9:49 AM
**To:** O'Shea, Margaret A. <MOShea@oag.state.va.us>
**Cc:** Cora <CMartin@robinhoodesq.com>
**Subject:** RE: Conrad Burke

Margaret,

I spoke with Conrad. He was offered only Tylenol for his pain. He has lesions on his liver and has been directed never to take Tylenol. This should be in his medical chart. He so advised the nurse who saw him. She apparently did not communicate his reasons to you, thus giving rise to the inference, suggested by your email below, that Conrad was exaggerating his pain or being uncooperative. I will address that in the lawsuit. These for-for profit "health-care" providers are a catastrophe. Y'all should get rid of them, as they will ensnare your department -- which remains constitutionally responsible for the provision of adequate health care -- in litigation and bad PR.

Conrad has no idea when he will be seen by the dentist. I told him that I expected it would be in several days, as the health-care provider has, now, apparently deigned to identify a dentist. Let me ask you please to advise the providers to put Conrad first on the dentist's list. This will minimize their damages and facilitate the resolution of the forthcoming litigation, which will not be filed until Conrad's dental work is properly finalized.

Can you kindly confirm the name and complete contact information for the Lawrenceville health-care provider.

Thank you.

Vic

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
703.684.1100
Fax: 684.1104
vmg@robinhoodesq.com
www.robinhoodesq.com

**From:** Victor M. Glasberg
**Sent:** Tuesday, May 22, 2018 3:37 PM
**To:** 'O'Shea, Margaret A.' <MOShea@oag.state.va.us>
**Cc:** Cora <CMartin@robinhoodesq.com>
**Subject:** RE: Conrad Burke


EXHIBIT 11

Thanks, Margaret.

I find the information on Conrad Burke's refusal of pain meds to be bizarre and hard to believe. Please tell the nurse that the damages to be sought against her company will be proportional to the passage of time that Conrad went without a dentist. SO limiting them is in their hands. Please also ask here to confirm to you as soon as Conrad has an appointment, when he goes to his appointment, and what the result of that appointment is. Alternatively -- better,

1

yet -- please give me her name and email address, as well as the contact information for the, um, health care provider at the prison, and I will inquire myself.

Vic

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
703.684.1100
Fax: 684.1104
vmg@robinhoodesq.com
www.robinhoodesq.com

**From:** O'Shea, Margaret A. <MOShea@oag.state.va.us>
**Sent:** Tuesday, May 22, 2018 3:05 PM
**To:** Victor M. Glasberg <VMG@robinhoodesq.com>
**Subject:** RE: Conrad Burke

To follow up, the nurse at Lawrenceville said that Mr. Burke was again evaluated by a nurse yesterday evening, and he was offered pain medication, which he refused. Mr. Burke will be scheduled for a visit with the dentist, who, as noted, will begin seeing patients next week. I have asked her to confirm a date for that appointment.

**Margaret A. O'Shea**
**Assistant Attorney General**
**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 225-2206 Office
MOShea@oag.state.va.us
http://www.ag.virginia.gov



**From:** Victor M. Glasberg [mailto:VMG@robinhoodesq.com]
**Sent:** Monday, May 21, 2018 4:38 PM
**To:** O'Shea, Margaret A.
**Subject:** RE: Conrad Burke

Thank you for getting back to me.

One of our clients is lying to us.

Can you imagine.

Vic

2

Alexandria, VA 22314
703.684.1100
Fax: 684.1104
vmg@robinhoodesq.com
www.robinhoodesq.com


**From:** O'Shea, Margaret A. <MOShea@oag.state.va.us>
**Sent:** Monday, May 21, 2018 4:34 PM
**To:** Victor M. Glasberg <VMG@robinhoodesq.com>
**Subject:** RE: Conrad Burke

Vic –

To follow up, I have spoken with a supervising nurse at Lawrenceville, and she informed me that she has personally seen Mr. Burke several times over the past three weeks (including today), and he has not been making any complaints of pain or needed dental treatment.

However, she is calling him back down to the medical department tonight just to make sure he is fine – At her request, I forwarded to her the previously-filed emergency grievance, so that she would have it in hand when she was talking to him.

She said she would be back with me by mid-day tomorrow to update me as to Mr. Burke's status.

Also, she told me that the facility has just finished hiring a new dentist, who is scheduled to start next week.

I will be back in touch tomorrow to let you know whether Mr. Burke is still requesting to be seen by a dentist, and if so, when his appointment has been scheduled.

Thanks -

**Margaret A. O'Shea**
**Assistant Attorney General**
**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 225-2206 Office
MOShea@oag.state.va.us
http://www.ag.virginia.gov



**From:** Victor M. Glasberg [mailto:VMG@robinhoodesq.com]
**Sent:** Monday, May 21, 2018 12:19 PM
**To:** O'Shea, Margaret A.
**Subject:** Conrad Burke

Margaret --

3