# Victor M. Glasberg &Associates ATTORNEYS

121 South Columbus Street  Alexandria VA 22314  telephone: (703) 684-1100  fax: (703) 684-1104
www.robinhoodesq.com

Victor M. Glasberg
vmg@robinhoodesq.com

Maxwelle C. Sokol
msokol@robinhoodesq.com

*Of Counsel*
Stephen G. Cochran
Bruce A. Fredrickson

May 23, 2018

By fax to ~~434.848.0232~~ 434.848.9522

James Beale, Warden
Lawrenceville Correctional Center
1607 Planters Road
Lawrenceville, VA 23868

Dear Warden Beale:

     I represent Conrad Burke, an inmate of your facility. He has been denied necessary dental work for weeks on end, on the representation that your facility did not have a dentist on board. I have communicated about this case at length, for a period of weeks, with the Virginia Attorney General's Office. I understand that at long last a dentist has been procured for your inmates who need dental work, and that the dentist will start work next week. I write with the request that Mr. Burke be advanced to the top of the list of persons who will be seen by the dentist. If there are other emergencies, I recommend that you get a second dentist.

     What is at issue at this point is no longer whether your company will be sued, but how much money will end up being at issue given the never-ending delays in the provision of dental care to this inmate, if not others as well.

     Thank you for your attention to this matter.

Sincerely,

Victor M. Glasberg

cc:    Conrad Burke
        Margaret O'Shea, Esq.

EXHIBIT 12