

VIRGINIA DEPARTMENT OF CORRECT___'S    Burke, Conrad    O___.ting Procedure #720.6   Attachment #3
Dental Chart

Effective Date: September 1, 2007

| DATE/TIME | FACILITY | TREATMENT | SIGNATURE & TITLE |
|---|---|---|---|
| 7/9/18 | LVCC | Patient present to clin___ per request of Warden Beale to see patient Burke. Patient complain of pain in Q.3 Clinical. #17 #18. Filling were done at Sussex I February and March 2018. Rx Amoxicillin 500 - 16/take 1. b.d 7days Ibprofen 400/100tabs/ take 1 tab b.d. 4 pain Rx: Paradex     Biotene     Sensodyne     rescheduled ASAP | ___ |

2 of 2

EXHIBIT
13

Date: 6/5/07

2012

tabbies