

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

Emergency Grievance 866_F4_4-16

## Emergency Grievance  Log # 137558

*Emergency Grievances are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.*

| Burke | Conrad | 1201550 | LVCC | 72-116 |
|---|---|---|---|---|
| Offender Last Name | First | Number | Facility | Building-Cell/Bed |

### PART A- OFFENDER CLAIM

What is the emergency? I haven't received the antibiotics that was ordered by Dental on 07-09-18

07-20-18  9:50 AM    Mr. C— B—    # 1201550
Date/Time                              Offender Signature and Number

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[✓] Your grievance does not meet the definition for an emergency. Action Taken/Recommended:
- [ ] Submit Informal Complaint
- [ ] Submit Sick Call Request
- [ ] Submit Request to Dental
- [ ] Evaluated by Medical: Date Seen
- [ ] Send an Offender Request To:
- [ ] Other (Provide detailed explanation below)

you have been scheduled to see dental

[ ] Your grievance has been determined to be an emergency and the following action has been taken:
- [ ] Sent to Hospital: Date Transported
- [ ] Other (Provide detailed explanation below)

7/20/18 12:30 pm    T. Jarratt, DT    T. Jarratt, TA
Date/Time            Respondent Signature    Name/Title Printed

[ ] **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment  [ ] Will be referred for Investigation

Determination by: _____
Signature                            Name/Title Printed              Date/Time
Distribution: Original Grievance returned to Offender    Copy forwarded to Institutional Ombudsman/Grievance Coordinator

**EXHIBIT 14**

2013