

## COMMONWEALTH of VIRGINIA

*Department of Corrections*

HAROLD W. CLARKE
DIRECTOR

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

July 24, 2018

Conrad Burke 1201550
Lawrenceville Correctional Center
1607 Planters Road
Lawrenceville, VA 23868

Dear Mr. Burke,

Health Services received an inquiry from your Lawyer regarding your medical care on July 9, 2018. The following complaint of being unable to see a Dentist has been reviewed.

Based on the information provided and upon further investigation we have determined that you were evaluated on July 10 for your dental needs, per Warden Beale.

**If you have any medical issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

With kind regards,

Virginia Department of Corrections
Health Services Quality Improvement Unit



2010