VIRGINIA DEPARTMENT OF COR.
Dental Chart

Effective Date: October 1, 2010
Operating Procedure 720.6    Attachment 3

Offender Name **Burke Conrad**  # 1701550  Alert

| DATE/TIME | FACILITY | TREATMENT | SIGNATURE & TITLE |
|---|---|---|---|
| 10-17-18 10:30 | PSCC | S: Toothache with swelling on lower left side, Tooth #18 had temporary filling placed 8 months ago | |
| | | O: Exam, pa xray #18 shows deep caries under temporary, apical radiolucent lesion on apices #18, tenderness in Ⓛ submandibular region to palpation | |
| | | A: Acute periapical periodontitis #18 | |
| | | P: RMHx; 4% septocaine c̄ epi ¹⁄₁₀₀ (5.1 me) extraction #18 c̄ forcep; post. op. instr. | |
| | | ✓ Rx amoxicillin 500 mg i̅ TID x 7 days | |
| | | ✓ ibuprofen 200mg ii̅ TID x 7 days  noted C Braud RN 10-7-82 1107c | Neil Demaree DDS  NEIL D. DEMAREE, DDS |

**EXHIBIT**
16

Revision Date: 9/29/08
2022